All of the contentions raised on this appeal were carefully considered and ruled upon below. See 285 A.2d 810. We agree with the reasoning and conclusions of the Superior Court there set forth.

Affirmed.

**Arthur J. LONGOBARDI, Plaintiff Below, Appellant,**

v.

**UNEMPLOYMENT INSURANCE APPEAL BOARD and Abex Corporation, Defendants Below, Appellees.**

Supreme Court of Delaware.

June 7, 1972.

**Irvan P. CHELLY, Plaintiff Below, Appellant,**

v.

**The HOME INSURANCE COMPANY, a New York corporation, Defendant Below, Appellee.**

Supreme Court of Delaware.

June 22, 1972.

Howard L. Williams and Richard P. Beck, of Morris, James, Hitchens & Williams, Wilmington, for plaintiff below, appellant.

B. Wilson Redfearn, of Tybout, Redfearn & Schnee, Wilmington, for defendant below, appellee.

Before WOLCOTT, C. J., and CAREY and HERRMANN, JJ.

PER CURIAM.

In this action for recovery of proceeds under a policy of insurance covering accidental injury, the Superior Court granted summary judgment for the defendant insurance company and denied summary judgment for the plaintiff. The plaintiff appeals.

Harvey B. Rubenstein, Wilmington, for appellant.

Jay H. Conner, of Conner & Daley, Wilmington, for Unemployment Insurance Appeal Board.

Charles K. Keil, of Bayard, Brill & Handelman, Wilmington, for Abex Corp.

WOLCOTT, Chief Justice, CAREY, Justice, and MARVEL, Vice Chancellor, sitting.

PER CURIAM:

This appeal is from an Order of the Unemployment Insurance Appeal Board, affirmed by the Superior Court, denying unemployment compensation to the appellant. We affirm the decision of the Superior Court for the reasons which appear in the Opinion Below, Longobardi v. Unemployment Insurance Appeal Board, 287 A.2d 690 (Del.Super.1971).